PROB 12A
(6/21)

# United States District Court

for

## District of New Jersey

## Report on Individual Under Supervision

Name of Individual Under Supervision: Kyla Campbell     Cr.: 22-00133-001
    PACTS #: 7440171

Name of Sentencing Judicial Officer:    THE HONORABLE BRIAN R. MARTINOTTI
                                UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 08/08/2022

Original Offense:     Count One: Maintaining a drug-involved premises: 21 U.S.C. § 856(a)(2)

Original Sentence: 8 days imprisonment, 24 months supervised release

Special Conditions: Special Assessment, Substance Abuse Testing, Drug Treatment, Search/Seizure, Life Skills Counseling, Education/Training Requirements, Location Monitoring Program, Mental Health Treatment

Type of Supervision: Supervised Release            Date Supervision Commenced: 08/08/2022

## NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **You must refrain from the illegal possession and use of drugs, including prescription medication not prescribed in your name, and must submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that you must submit to evaluation and treatment, on an outpatient or inpatient basis, as approved by the U.S. Probation Office. You must abide by the rules of any program and must remain in treatment until satisfactorily discharged by the Court. You must alert all medical professionals of any prior substance abuse history, including any prior history of prescription drug abuse. The U.S. Probation Office will supervise your compliance with this condition.** |
| | On October 6, 2022, Ms. Campbell was drug tested during an unannounced home contact. She was positive for Marijuana and Benzodiazepines. |

Prob 12A – page 2
Kyla Campbell

U.S. Probation Officer Action:

Ms. Campbell was verbally reprimanded for using illicit drugs. This is her second noncompliance report submitted to Your Honor. When questioned, she states that she continues to deal with stress and anxiety by using the substances noted above. She is currently attending treatment at the Greater Essex Counseling Services in Newark. The Probation Office has scheduled an in-person meeting with Ms. Campbell and her counselor to discuss her drug use, treatment plan, and medication. Ms. Campbell reports as directed and maintains her part-time employment. At this time, the Probation Office is not recommending any court action to be taken. We will continue to monitor her noncompliance and notify Your Honor of any additional noncompliance.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Afonso A. Fernandes*

By:   AFONSO A. FERNANDES
Senior U.S. Probation Officer

/ aaf

APPROVED:

*Kevin M. Villa*          10/12/2022

KEVIN M. VILLA            Date
Supervising U.S. Probation Officer

**Please check a box below to indicate the Court's direction regarding action to be taken in this case:**

[X] No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other

Signature of Judicial Officer

October 12, 2022
Date