PROB 12A
(6/21)

# United States District Court

for

## District of New Jersey

## Report on Individual Under Supervision

| | |
|---|---|
| Name of Individual Under Supervision: Kyla Campbell | Cr.: 22-00133-001 |
| | PACTS #: 7440171 |

Name of Sentencing Judicial Officer:    THE HONORABLE BRIAN R. MARTINOTTI
                                                  UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 08/08/2022

Original Offense:   Count One: Maintaining a Drug-Involved Premises: 21 U.S.C. § 856(a)(2)

Original Sentence: 8 days imprisonment, 24 months supervised release

Special Conditions: Special Assessment, Substance Abuse Testing, Drug Treatment, Search/Seizure, Life Skills Counseling, Education/Training Requirements, Location Monitoring Program, Mental Health Treatment

Type of Supervision: Supervised Release                     Date Supervision Commenced: 08/08/2022

## NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **You must refrain from the illegal possession and use of drugs, including prescription medication not prescribed in your name, and must submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that you must submit to evaluation and treatment, on an outpatient or inpatient basis, as approved by the U.S. Probation Office. You must abide by the rules of any program and must remain in treatment until satisfactorily discharged by the Court. You must alert all medical professionals of any prior substance abuse history, including any prior history of prescription drug abuse. The U.S. Probation Office will supervise your compliance with this condition.** |
| | On December 5, 2022, Ms. Campbell reported to the office as directed. She was drug tested and was positive for Marijuana. |

Prob 12A – page 2
Kyla Campbell

U.S. Probation Officer Action:

Ms. Campbell was verbally reprimanded for using Marijuana. This is her third noncompliance report submitted to Your Honor. When questioned, she admitted to using marijuana but has abstained from using Xanax. She is currently prescribed Lexapro by her therapist. She continues to attend treatment as directed, is employed, is the primary caregiver for her son, and reports to the Probation Office as directed.

This Officer, Ms. Campbell, and her counselor have a 3-way meeting scheduled for December 19, 2022, at 12:00 p.m. to discuss her treatment plan, marijuana use, and to increase her level of treatment care if needed. At this time, the Probation Office is not recommending any court action to be taken. We will continue to monitor her noncompliance and notify Your Honor of any additional noncompliance.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Afonso A. Fernandes*

By:   AFONSO A. FERNANDES
Senior U.S. Probation Officer

/ aaf

APPROVED:

*Kevin M. Villa*          12/13/22

KEVIN M. VILLA                Date
Supervising U.S. Probation Officer

**Please check a box below to indicate the Court's direction regarding action to be taken in this case:**

[X] No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other

Signature of Judicial Officer

December 13, 2022
Date