PROB 12A
(6/21)

# United States District Court
## for
## District of New Jersey
## Report on Individual Under Supervision

Name of Individual Under Supervision: Kyla Campbell      Cr.: 22-00133-001
    PACTS #: 7440171

Name of Sentencing Judicial Officer:    THE HONORABLE BRIAN R. MARTINOTTI
    UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 08/08/2022

Original Offense:    Count One: Maintaining a Drug-Involved Premises: 21 U.S.C. § 856(a)(2)

Original Sentence: 8 Days imprisonment, 2 years supervised release

Special Conditions: Special Assessment, Substance Abuse Testing, Drug Treatment, Search/Seizure, Life Skills Counseling, Education/Training Requirements, Location Monitoring Program, Mental Health Treatment, Other Condition

Type of Supervision: Supervised Release      Date Supervision Commenced: 08/08/2022

## NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **While on supervised release, you must not commit another federal, state, or local crime.**<br><br>On May 15, 2023, Ms. Campbell was arrested by officers from the New Jersey Transit Police Department and charged with the following offenses: Simple Assault, Possession of a Weapon for Unlawful purpose, and Possession of a Weapon – Other, in violation of 2C:12-1A (1); 2C:39-4D; and 2C:39-5D.<br><br>The above noted charges are domestic violence related and are pending in Newark Municipal Court. |

Prob 12A – page 2
Kyla Campbell

U.S. Probation Officer Action:

On May 24, 2023, the Probation Office conducted a home contact with Ms. Campbell who reported that she had an altercation with her ex-boyfriend (father of her child) and his girlfriend at the Newark Penn Station. She added that she felt threatened and used pepper spray to defend herself. She reports that she was the victim and not the aggressor.

Ms. Campbell reports as directed and is working as a store clerk at 7-eleven in Newark. She is also engaged in substance abuse and mental health treatment. Her residence and employment are stable.

A criminal record check conducted on June 21, 2023, provided the specific noted charges.

The undersigned recommends a disposition of her pending case (guilty plea) before any further court action is taken.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*/signature/*

By:   AFONSO A. FERNANDES
Senior U.S. Probation Officer

/ aaf

APPROVED:

*/signature/*   06/26/2023
KEVIN M. VILLA           Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☑ No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

*/signature/*

Signature of Judicial Officer

26 June 2023

Date